# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2730
LT Case No. 2015-CF-4140-A

_____

VICTOR REED,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

3.853 appeal from the Circuit Court for Duval County.
Jeb Branham, Judge.

Deana Marshall, of Law Office of Deana K. Marshall, P.A.,
Riverview, for Appellant.

No Appearance for Appellee.

March 5, 2024

PER CURIAM.

   AFFIRMED.

EISNAUGLE, KILBANE, and PRATT, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————